UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DENNIS PARNELL,

    Plaintiff,

vs.                                        Case No.: 5:22cv94/TKW/ZCB

SOCIAL SECURITY
ADMINISTRATION,

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees that this case should be dismissed based on Plaintiff's failure to comply with court orders. Accordingly, it is

**ORDERED** that magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order; this case **DISMISSED without prejudice**; and the Clerk shall close the case file.

**DONE and ORDERED** this 28th day of October, 2022.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**